**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

June 14, 2024

**Via ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

> Re: *United States v. Anderson Marcel Valencia-Cubillos*,
> No. 24 Cr. 303 (KMK)

Dear Judge Karas:

    The Government writes, pursuant to the Court's Individual Rules of Practice for Sentencing Proceedings, to respectfully request an extension of time to submit the Government's sentencing submission. The Pre-Sentence Report ("PSR") is scheduled to be disclosed on June 24, 2024, which is the same day the Government's submission is due under the Court's Individual Rules. Accordingly, the Government respectfully requests that its sentencing memorandum be due on Wednesday, June 26, so as to permit the Government a brief period of time to review the PSR prior to filing its sentencing memorandum.

Granted.

So Ordered.
/s/ (signature)
6/17/24

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Justin L. Brooke*
    Justin L. Brooke
    Assistant United States Attorney
    (914) 993-1918

CC:    David Jadidian, Esq. (via ECF)